# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145007

TITAN INSURANCE COMPANY,
    Plaintiff-Appellant,

v

                                     SC: 145007
                                     COA: 302191
                                     Oakland CC: 2010-108438-NF

AUTO-OWNERS INSURANCE COMPANY,
    Intervening Plaintiff-Appellee,
and

NICOLE FALLS, KYLE RICHARD FALLS,
and LARRY HENRY, Individually and as
Personal Representative of the Estate of
Bonnie Henry, Deceased,
    Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to the Court of Appeals for reconsideration in light of *Titan Ins Co v Hyten*, 491 Mich 547 (2012).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012 _____          _____

t1017                                                Clerk